IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY GIBSON, | No. 2:23-CV-1063-DMC |
| Plaintiff, | |
| v. | ORDER |
| BRADLEY BUCHWALTER, et al., | |
| Defendants. | |

       Plaintiff, who is proceeding with retained counsel, brings this civil action.

       The parties are informed that they may, if all consent in writing, have this case assigned to the United States Magistrate Judge for all purposes while preserving their right to appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, to the United States Court of Appeals for the Federal Circuit. See 28 U.S.C. § 636(c)(1), (3); see also Fed. R. Civ. P. 73(b)(1); E.D. Cal. Local Rule 305(a), (c).  The parties are advised that they are free to withhold consent and that doing so shall not result in any adverse consequences.  See § 636(c)(2).  If all parties consent to Magistrate Judge jurisdiction, the action will be reassigned to the undersigned for all purposes, including entry of final judgment.  See Local Rule 301 and Local Rule 305(b).

/ / /

/ / /

A review of the record reflects that all parties to this action have not yet filed a written election regarding consent to the exercise of full jurisdiction by the Magistrate Judge. Pursuant to the Court's June 6, 2023, order, the parties were required to notify the Court regarding consent to Magistrate Judge jurisdiction within 90 days of the case being filed. To date, the 90-day period has expired and all parties have not informed the Court regarding consent. Unless they have not already done so, the parties will hereby be directed to show cause why sanctions should not be imposed for failure to comply with the June 6, 2023, order by timely informing the Court regarding consent. The filing of appropriate consent election forms within the time provided below shall constitute an adequate response to this order to show cause.

The Clerk of the Court will be directed to provide the parties with the appropriate form which the parties shall then complete if they have not already done so, indicating either consent or non-consent as they may choose, and file with the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward to all parties the court's consent notice and form.

2. Within 14 days of the date of this order, parties who have not already done so shall show cause why sanctions should not be imposed for failure to inform the Court regarding consent to Magistrate Judge jurisdiction.

3. The filing of consent election forms within the time provided above shall constitute a party's adequate response to this order to show cause.

Dated: January 23, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE