KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel:  916.905.7265
Fax: 916.721.2742

Kellan Patterson, Attorney for WENDY GIBSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# REDDING DIVISION

| | |
|---|---|
| WENDY GIBSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADLEY BUCHWALTER, an individual, CASEY WHITNEY, an individual, COUNTY OF BUTTE, as a municipal corporation, and DOES 1 through 25,<br><br>    Defendants. | Case No.: 2:23-CV-01063-DMC<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>Judge: Hon. Denis M. Cota<br>Courtroom: 304<br><br>Complaint Filed: 06/05/2023 |

IT IS HEARBY SITPULATED, by and between Plaintiff WENDY GIBSON and Defendant BRADLEY BUCHWALTER, Defendant CASEY WHITNEY, and Defendant COUNTY OF BUTTE, by and through their respective attorneys of record, as follows:

WHEREAS on June 5, 2023, Plaintiff filed her Complaint for Unlawful Arrest in Violation of the Tom Bane Civil Rights Act, False Arrest, Use of Excessive or Unreasonable Force, Unlawful Seizure, Unlawful Search, and a *Monell* Claim in this action against Defendants.

---

WHEREAS, prior to Plaintiff's filing of her Complaint, Plaintiff through counsel, attempted to receive copy of the body worn camera footage of the incident from Defendant COUNTY OF BUTTE but did not receive the footage.

WHEREAS on July 27, 2023, Defendants agreed to waive formal service of process and accept service electronically and Plaintiff agreed to grant Defendants an extension to August 17, 2023, to file a responsive pleading.

WHEREAS Defendants filed an answer to Plaintiff's Complaint on August 17, 2023.

WHEREAS Plaintiff served a Request for Production of Documents on Defendants on September 15, 2023.

WHEREAS Defendants asked on October 16, 2023 for an extension to October 20, 2023 to respond, in which Plaintiff's attorney, Mr. Kellan Patterson, granted.

WHEREAS Defendants responded to the Request for Production of Documents on October 19, 2023, including the body camera footage, the misdemeanor report, narratives, supplements, intoxilyzer form, CAD incident report, vehicle report, release report, pre-booking and cite information, and medical forms.

WHEREAS on October 19, 2023, Plaintiff's attorney requested to amend the Complaint after reviewing the body camera footage, in which County agreed to stipulate there is good cause for leave to amend.

WHEREAS Plaintiff seeks to file her First Amended Complaint for Damages, which dismisses Deputy Casey Whitney, and adds Sergeant Manuel Ayala as a Defendant, and adds one claim for relief for an unlawful seizure of Plaintiff for allegedly detaining her for a unreasonable length of time and to add facts to precisely detail the factual occurrence bringing about this lawsuit.

WHEREAS a copy of Plaintiff's proposed First Amended Complaint for Damages is attached hereto as Exhibit "A."

WHEREAS, by executing this stipulation, Defendants are merely stipulating there is good cause for leave to file the amended pleading. This stipulation should not be construed as a waiver

of any kind. Defendants do not concede liability for any claim. Defendants reserve their right to challenge all claims against all Defendants, and all defenses and procedures for challenging Plaintiff's First Amendment Complaint are preserved.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file her First Amended Complaint for Damages, a copy of which is attached as Exhibit "A" to the stipulation at ECF No. 9-1.

2. Service of Process of the Summons, Complaint and all court initiating documents will be deemed served upon Defendant Manuel Ayala at the time the First Amended Complaint is filed in the Court's electronic filing system.

3. Defendants' responsive pleading shall be due twenty-one (21) days after the First Amended Complaint for Damages is filed.

Date: January 23, 2024

**LAW OFFICE OF KELLAN PATTERSON**

*/S/ Kellan S. Patterson*

Kellan S. Patterson, Attorney for Plaintiff
WENDY GIBSON

Date: January 23, 2024

**PORTER SCOTT**

*/S/ William Camy*

William Camy, Attorney for Defendants
COUNTY OF BUTTE, BRADLEY
BULCHWALTER, and CASEY WHITNEY

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff WENDY GIBSON is granted leave to amend to filer her First Amended Complaint for Damages within fourteen (14) days of this order.

**IT IS ALSO ORDERED** that PORTER SCOTT, counsel for Defendants, has authority to accept service of process of the Summons and Complaint on behalf of Defendant MANUAL AYALA and that such service of process is deemed affected by the filing of the First Amended Complaint.

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due twenty-one (21) days after the First Amended Complaint for Damages is filed.

IT IS SO ORDERED.

Dated: January 23, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE