1  KELLAN S. PATTERSON, SB No. 307190
2  info@kellanpatterson.com
   **LAW OFFICE OF KELLAN PATTERSON**
3  2450 Venture Oaks Way, Suite 200
   Sacramento, CA 95833
4  Tel:  916.905.7265
   Fax: 916.721.2742
5
   Kellan Patterson, Attorney for WENDY GIBSON
6

7

8          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9                      **REDDING DIVISION**

10

11
   WENDY GIBSON,                          Case No.: 2:23-CV-01063-DMC
12
                    Plaintiff,            **STIPULATION AND ORDER**
13                                        **DISMISSING DEFENDANT CASEY**
           vs.                            **WHITNEY PURSUANT TO RULE 41 OF**
14                                        **FRCP**

15 BRADLEY BUCHWALTER, an                 Judge: Hon. Denis M. Cota
   individual, CASEY WHITNEY, an          Courtroom: 304
16 individual, MANUEL AYALA, an
   individual, COUNTY OF BUTTE, as a      Complaint Filed: 06/05/2023
17 municipal corporation, and DOES 1
   through 25,
18

19

20                Defendants.

21

22

23

24          IT IS HEARBY SITPULATED, by and between Plaintiff WENDY GIBSON and

25 Defendant BRADLEY BUCHWALTER, Defendant CASEY WHITNEY, and Defendant

26 COUNTY OF BUTTE, by and through their respective attorneys of record, as follows:

27          WHEREAS on June 5, 2023, Plaintiff filed her Complaint for Unlawful Arrest in

28 Violation of the Tom Bane Civil Rights Act, False Arrest, Use of Excessive or Unreasonable

                                        1

Force, Unlawful Seizure, Unlawful Search, and a *Monell* Claim in this action against Defendants.

WHEREAS, prior to Plaintiff's filing of her Complaint, Plaintiff through counsel, attempted to receive copy of the body worn camera footage of the incident from Defendant COUNTY OF BUTTE in order to identify the true names and identities of parties involved in the occurrence bringing about this action.

WHEREAS Plaintiff nor her attorney was able to review the body worn camera footage prior to the filing of the Complaint.

WHEREAS Defendants BUCHWALTER, WHITNEY and COUNTY OF BUTTE, filed an answer to Plaintiff's Complaint on August 17, 2023.

WHEREAS Defendant MANEUL AYALA has not yet filed a responsive pleading to Plaintiff's First Amended Complaint.

WHEREAS Plaintiff served a Request for Production of Documents on Defendants on September 15, 2023.

WHEREAS Defendants asked on October 16, 2023, for an extension to October 20, 2023, to respond, in which Plaintiff's attorney, Mr. Kellan Patterson, granted.

WHEREAS Defendants responded to the Request for Production of Documents on October 19, 2023, including the body camera footage, the misdemeanor report, narratives, supplements, intoxilyzer form, CAD incident report, vehicle report, release report, pre-booking and cite information, and medical forms.

WHEREAS on October 19, 2023, Plaintiff's attorney requested to amend the Complaint after reviewing the body camera footage, in which County agreed to stipulate to the amendments.

WHEREAS Plaintiff has amended her complaint to add MANUEL AYALA as a defendant to this action.

WHEREAS the factual allegations in Plaintiff First Amended Complaint removes factual allegations pertaining to Defendant CASEY WHITNEY.

///

///

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Defendant CASEY WHITNEY shall be dismissed from this action pursuant to Rule 41(a)(1)(A)(ii).

Date: February 8, 2024

**LAW OFFICE OF KELLAN PATTERSON**

/S/ *Kellan S. Patterson*

Kellan S. Patterson, Attorney for Plaintiff
WENDY GIBSON

Date: February 8, 2024

**PORTER SCOTT**

/S/ *William Camy*

William Camy, Attorney for Defendants
COUNTY OF BUTTE, BRADLEY
BULCHWALTER, and CASEY WHITNEY

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Defendant CASEY WHITNEY is dismissed from this action pursuant to Rule 41(a)(1)(A)(ii).

Dated:  February 8, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3