**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive, Suite 210
Oroville, CA 95965
TEL: 530.538.7621
FAX: 530.538.6891
EMAIL: bstephens@buttecounty.net

Attorneys for Defendants
COUNTY OF BUTTE, BRADLEY BUCHWALTER, and MANUEL AYALA
*Exempt from Filing Fee Pursuant to Government Code section 6103*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY GIBSON, | Case No.: 2:23-cv-01063-DMC |
| Plaintiff, | **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |
| vs. | |
| BRADLEY BUCHWALTER, as an individual, CASEY WHITNEY, as an individual, MANUEL AYALA, as an individual, COUNTY OF BUTTE, as a municipal corporation, and DOES 1 through 25, | |
| Defendants. | Complaint Filed: 06/05/2023
First Amended
Complaint Filed: 02/02/2024 |

Plaintiff WENDY GIBSON ("Plaintiff") and Defendants COUNTY OF BUTTE, BRADLEY BUCHWALTER, and MANUEL AYALA ("Defendants") (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for a settlement conference to be conducted before Magistrate Judge Carolyn K. Delaney on June 27, 2024, at 9:30 a.m., at 501 I Street, Sacramento, CA 95814.

2. The date and time have been cleared with Judge Delaney's Courtroom Deputy.

**IT IS SO STIPULATED.**

Dated:   April 4, 2024                                  PORTER SCOTT
                                                        A PROFESSIONAL CORPORATION


                                                        By:   /s/ *William E. Camy*
                                                                William E. Camy
                                                                Alison J. Southard
                                                                Attorneys for Defendants

Date:   April 3, 2024                                   LAW OFFICE OF KELLAN PATTERSON


                                                        By:   /s/ *Kellan Patterson*
                                                                Kellan Patterson
                                                                Attorney for Plaintiff

# ORDER

The Court, having reviewed and considered the Parties' Stipulation for a Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of a settlement conference to be conducted before Magistrate Judge Carolyn K. Delaney on June 27, 2024, at 9:30 a.m., at 501 I Street, Sacramento, CA 95814.

**IT IS SO ORDERED.**

*Dated: April 8, 2024*

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE